AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ELIZABETH JENKINS,

          Plaintiff,

          v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-294-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion for Summary Judgment is GRANTED. Defendant's Motion for Summary Judgment is DENIED. Application of attorney fees may be filed by separate motion. Judgment shall be entered for PLAINTIFF, and the filed shall be closed.

November 18, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer